IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEROME HEAVEN, JR.,

      Appellant,

v.

  Case No.  5D23-745
  LT Case No. 2023-MM-000161

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed August 8, 2023

Appeal from the County Court
for Marion County,
Thomas P. Thompson, III, Judge.

Matthew J. Metz, Public Defender, and Allison A.
Havens, Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Robin A. Compton, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


JAY, HARRIS and PRATT, JJ., concur.